**Eduardo Aguilar ROMAN, Petitioner–Appellant,**

v.

**John F. SALAZAR, Acting Warden substituted for M. Muntz, Respondent–Appellee.**

No. 08–55729.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 19, 2011.

Eduardo Aguilar Roman, Blythe, CA, pro se.

Amanda Lloyd, AGCA–Office of The California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

California state prisoner Eduardo Aguilar Roman appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Roman contends that the Governor's 2005 decision to deny him parole was not

supported by "some evidence" and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke,* —— U.S. ——, 131 S.Ct. 859, 862–63, 178 L.Ed.2d 732 (2011) (per curiam). Because Roman raises no federal procedural challenges, we affirm.

We construe appellant's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

